Elizabeth Rosenfeld (CA Bar No. 106577)
Email:   erosenfeld@wkclegal.com
**WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone:  (818) 501-8030 ext. 313
Facsimile:  (818) 501-5306

Attorneys for Respondent/Counterclaimant
Sprinkler Fitters UA Local 709

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| ARIA FIRE SYSTEMS, INC., | **CASE NO. 2:16-cv-03522-CAS(RAOx)** |
|                Petitioner/Plaintiff, | **The Hon. Christina A. Snyder** |
| vs. | **[PROPOSED]** |
| SPRINKLER FITTERS UA LOCAL 709, | **JUDGMENT** |
|             Respondent/Defendant. | |
| AND RELATED COUNTERCLAIM | |

The Court having granted the motion for summary judgment of Counterclaimant Sprinkler Fitters and Apprentices Union, Local 709 of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, also known as Sprinkler Fitters U.A. Local 709 (herein "Local 709" or "Union") and having denied the motion for summary judgment of  Plaintiff/Counter-defendant Aria Fire Systems, Inc., a California corporation ("Aria"), and having found that there are no genuine issues of material fact and therefore Local 709 is entitled to judgment as a matter of law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.      The Decision of Arbitrator Joseph F. Gentile is hereby confirmed in its entirety;

2.      Judgment is entered in favor of Sprinkler Fitters U.A. Local 709 and against Aria in the amount of $248,251.34, together with costs of suit herein.

IT IS SO ORDERED.

DATED:  November 22, 2016

_____
THE HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE